AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York ▼

| | |
|---|---|
| T.D. Bank, N.A. | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| 202-4 West 23rd Street Corp. d/b/a Chelsea Savoy Hotel | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  202-4 West 23rd Street Corp. d/b/a Chelsea Savoy Hotel
204 West 23rd Street
New York, New York 10011

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  ANDERSON KILL P.C.
Diana Shafter Gliedman, Esq.
Regan E. Samson, Esq.
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 278-100
Email: dgliedman@andersonkill.com; rsamson@andersonkill.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____02/09/2024_____                     _____/S/ V. BRAHIMI_____

*Signature of Clerk or Deputy Clerk*