UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/30/2025
```

TD BANK, N.A.,

                Plaintiff,

- against -

202-4 WEST 23RD STREET CORP. D/B/A CHESLEA SAVOY HOTEL,

                Defendant.

**24 Civ. 930 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    A Complaint in the above captioned matter was filed on February 8, 2024. (Dkt. No. 1.) Defendant filed an Answer to the Complaint asserting counterclaims on January 8, 2025 (Dkt. No. 16.) Plaintiff filed an Answer to Defendant's counterclaims on January 27, 2025. (Dkt. No. 17.)

    Accordingly, the parties are hereby directed to submit a joint letter, within ten (10) days of the date of this Order, addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a completed Case Management Plan that provides that discovery is to be

completed within four months unless otherwise permitted by the Court. A model Case Management Plan is available on https://www.nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED.**

Dated:   30 January 2025
         New York, New York

_____
Victor Marrero
U.S.D.J.