USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/25/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

TD BANK, N.A.,

        Plaintiff,

v.

202-4 WEST 23RD STREET CORP. D/B/A
CHELSEA SAVOY HOTEL

        Defendant.

------------------------------------------------------------X

Civil Action No.: 1:24-cv-00930

**ORDER**

    WHEREAS, on February 25, 2025, Plaintiff TD Bank, N.A. ("TD Bank") and Defendant 202-4 West 23rd Street Corp. d/b/a Chelsea Savoy Hotel ("Chelsea Hotel") (collectively, the "Parties"), filed a Joint Motion to Stay Proceedings pursuant to the Court's inherent power to control the disposition of the causes on its own docket;

    WHEREAS, the Parties' Motion to Stay seeks an Order from this Court staying all proceedings in this lawsuit for a minimum of six months or until the time at which Tania Ovalle Quezada ("Underlying Plaintiff") demonstrates that she intends to proceed with the underlying action entitled *Tania Ovalle Quezada v. 202-4 West 23rd Street Corp. d/b/a Chelsea Savoy Hotel and TD Bank, N.A.*, Index No. 453283/2023 (the "Quezada Action");

    WHEREAS, this Court finds that a stay of proceedings in its entirety is appropriate pursuant to the Court's inherent power to control the disposition of the causes on its own docket; it is hereby

    **ORDERED** that the Parties' Joint Motion to Stay Proceedings is GRANTED. It is further

**ORDERED** that all proceedings in this lawsuit are stayed for six months or until the time at which Tania Ovalle Quezada ("Underlying Plaintiff") demonstrates that she intends to proceed with the Quezada Action.

**SO ORDERED.**

_____
**HONORABLE VICTOR MARRERO**
**UNITED STATES DISTRICT JUDGE**

2/25/2025