**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __11/7/2025__
```

TD Bank, N.A.,

                    Plaintiff,

        - against -

202-4 WEST 23rd STREET CORP. d/b/a
CHELSEA SAVOY HOTEL,

                    Defendant.

**24 CV 930 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

        The Court is in receipt of plaintiff TD Bank, N.A.'s request to lift the stay in this matter. (See Dkt. No. 29.) Given that defendant 202-4 West 23rd Street Corp. d/b/a Chelsea Savoy Hotel does not oppose the request, the Court hereby lifts the stay and schedules a status conference on November 20, 2025, at 12:00 PM. The parties are hereby directed to submit a revised case management plan within ten (10) days of this order.

**SO ORDERED.**

Dated:    7 November 2025
          New York, New York

                                        Victor Marrero
                                        U.S.D.J.