**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/13/26

TD BANK N.A.

Plaintiff,

- against -

202-4 WEST 23RD STREET CORP.
D/B/A CHELSEA SAVOY HOTEL,

Defendant.

**24 CV 930 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of the Motion for Summary Judgment filed by Defendant 202-4 West 23rd Street Corp. d/b/a Chelsea Savoy Hotel ("202-4") (see Dkt. Nos. 49-51), and a letter filed by 202-4 detailing a dispute between 202-4 and Plaintiff TD Bank N.A. ("TD Bank") regarding the timing for filing the parties' motions for summary judgment. (See Dkt. No. 52.)

The Parties are hereby directed to file a stipulated briefing schedule for their respective motions for summary judgment within seven (7) days of this Order.

**SO ORDERED.**

Dated: 13 October 2026
New York, New York

Victor Marrero
U.S.D.J.